```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Walter G. Bryan,                :

    Plaintiff,              :

  v.                            :        Case No. 2:07-cv-0416

              :        JUDGE SMITH
Commissioner of                          MAGISTRATE JUDGE KEMP
Social Security,                :

    Defendant.              :

<u>ORDER</u>

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 17, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further evaluation of plaintiff's mental residual functional capacity consistent with <u>Rogers v. Comm'r of Social Security</u>, 486 F.3d 234, 242 (6th Cir. 2007).

<u>/s/ George C. Smith</u>
George C. Smith
United States District Judge